# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENADA DENISE WRIGHT, | No. CIV S-07-1023-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On June 6, 2007, the court granted plaintiff's application for leave to proceed in forma pauperis and directed plaintiff to submit a completed summons and copies of the complaint to the United States Marshal, and to file notice of such submission with the court within 15 days.  On June 22, 2007, a copy of the summons was filed with the court, along with a proof of service indicating that plaintiff had personally served the summons and complaint.  The proof of service, however, was not signed. It appears that plaintiff never submitted service documents to the United States Marshal as directed.

       Plaintiff will be given another opportunity to comply with the court's June 6, 2007, order.  In particular, plaintiff is instructed <u>not</u> to attempt service on her own.  Upon

submission of documents, the United States Marshal will effect proper service on defendant. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue a new summons and forward the summons to plaintiff;

2. Within 15 days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal;

3. The United States Marshal is directed to serve all process without prepayment of costs not later than 60 days from the date of this order, such service of process to be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C., pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) & (B);

4. The United States Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD 21235, pursuant to Federal Rule of Civil Procedure 4(i)(2); and

5. Plaintiff shall not attempt to effect service on her own.

DATED: December 14, 2007

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE