**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENADA DENISE WRIGHT, | No. CIV S-07-1023-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On June 6, 2007, the court granted plaintiff's application for leave to proceed in forma pauperis and directed plaintiff to submit a completed summons and copies of the complaint to the United States Marshal, and to file notice of such submission with the court within 15 days.  On June 22, 2007, a copy of the summons was filed with the court, along with a proof of service indicating that plaintiff had personally served the summons and complaint.  The proof of service, however, was not signed. It appears that plaintiff never submitted service documents to the United States Marshal as directed.

1

On December 14, 2007, the court granted plaintiff another opportunity to comply with the court's June 6, 2007, order.  In particular, plaintiff was instructed <u>not</u> to attempt service on her own.  She was directed to submit documents to the United States Marshal who would then effect proper service on defendant.  Plaintiff was cautioned that failure to comply with this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 11-110.

Plaintiff will be required to show cause why she has failed to comply and is again warned that failure to respond to this order may result in dismissal of the action.  <u>See</u> Local Rule 11-110.  <u>The filing of a notice, within the time provided herein, that plaintiff has submitted the appropriate documents to the U.S. Marshal will constitute an adequate response to this order to show cause</u>.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE