IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENADA DENISE WRIGHT, | No. CIV S-07-1023-WBS-CMK |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On June 6, 2007, the court directed plaintiff to submit service documents to the United States Marshal. On June 22, 2007, a copy of the summons was filed with the court, along with a proof of service indicating that plaintiff had personally served the summons and complaint. The proof of service, however, was not signed. There is no indication that plaintiff ever submitted service documents to the United States Marshal as directed. On December 14, 2007, the court granted plaintiff another opportunity to submit service documents to the United States Marshal and specifically instructed plaintiff not to attempt service on her own. Plaintiff failed to comply and, on January 31, 2008, plaintiff was directed to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

1  Plaintiff has not responded to the order to show cause.

2      The court must weigh five factors before imposing the harsh sanction of dismissal.  See <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000); <u>Malone v. U.S. Postal Service</u>, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions.  See <u>id.</u>; see also <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor. See <u>Malone</u>, 833 F.2d at 132-33 & n.1.

    Given plaintiff's failure to comply with the court's rules and orders, the court finds that dismissal of this action, without prejudice, is appropriate.

    Based on the foregoing, the undersigned recommends that this action be dismissed without prejudice for failure to comply with court rules and orders.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 4, 2008

                                                  /s/ Craig M. Kellison  
                                                  **CRAIG M. KELLISON**  
                                                  UNITED STATES MAGISTRATE JUDGE