**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENADA DENISE WRIGHT, | No. CIV S-07-1023-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On April 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    The findings and recommendations filed April 7, 2008, are adopted in full;

3       2.    This action is dismissed, without prejudice, for failure to comply with court rules and orders; and

      3.    The Clerk of the Court is directed to enter judgment of dismissal and close this file.

DATED: May 29, 2008

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2